JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

JUAN M. GUTIERREZ,                    )          Case No. EDCV 09-0443-MLG
                                      )
              Plaintiff,              )          JUDGMENT
                                      )
        v.                            )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of the                   )
Social Security Administration,       )
                                      )
              Defendant.              )
_____)


        **IT IS ADJUDGED** that this action is remanded to Defendant for

further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

and consistent with the accompanying Memorandum Opinion and Order.


DATED: January 22, 2010

                                        _____
                                        MARC L. GOLDMAN
                                        United States Magistrate Judge